UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLO TECHNOLOGIES, INC., <br><br>               Plaintiff, <br><br> v. <br><br> SKYBELL TECHNOLOGIES, INC., SB IP HOLDINGS, LLC and EYETALK365, LLC, <br><br>               Defendants. | Case No.:  21-CV-0218-BEN-DEB <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** <br><br> **[ECF No. 10]** |

Plaintiff Arlo Technologies, Inc. ("Arlo") and Defendants Skybell Technologies, Inc., SB IP Holdings, LLC, and Eyetalk365, LLC (collectively, "Defendants") filed a Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint (the "Joint Motion").  ECF No. 10.  Good cause appearing, the Court **GRANTS** the Joint Motion.  Accordingly, Defendants shall file their responsive pleading on or before April 21, 2021.

     **IT IS SO ORDERED.**

Dated: March 23, 2021

_____

**HON. ROGER T. BENITEZ**
United States District Judge

1