FILED
APR 08 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLO TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> SKYBELL TECHNOLOGIES, INC., SB IP HOLDINGS, LLC and EYETALK365, LLC, <br> Defendants. | Case No.: 21-CV-0218-BEN-DEB <br><br> **ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS** <br><br> [ECF No. 9] |

Plaintiff Arlo Technologies, Inc. ("Arlo") filed a Motion to Stay this action pending parallel proceedings before the United States International Trade Commission ("ITC"). Mot., ECF No. 9. The parallel proceedings are captioned by the ITC as Investigation No. 337-TA-1242. *Id.* at 2. Arlo's motion is unopposed.

Pursuant to 28 U.S.C. § 1659, a party to a civil action that is also a party to a proceeding before the ITC may request a stay of the district court proceedings until the ITC's determination becomes final. 28 U.S.C. § 1659(a). Here, the parties and issues before the Court and ITC are identical. Mot., ECF No. 9, 1-2. Accordingly, Arlo's unopposed motion is **GRANTED**.

The case is stayed pending completion of ITC Investigation No. 337-TA-1242, when that matter is final and no longer subject to judicial review. Arlo is directed to file a status report on the progress of the ITC proceedings every 90 days as well as within 10 days of the completion of those proceedings.

**IT IS SO ORDERED.**

Dated: April 7, 2021

HON. ROGER T. BENITEZ
United States District Judge

1

20-CV-0146-BEN-AHG